IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 07-00415-03-CR-W-HFS |
| ADAM M. JOSEPH, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on September 17, 2008. Defendant Joseph appeared in person and with Richard Carney. The United States of America appeared by Assistant United States Attorney Catherine Connelly.

*I.     BACKGROUND*

On December 6, 2007, an indictment was returned charging Defendant with one count of conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846.

The following matters were discussed and action taken during the pretrial conference:

*II.    TRIAL COUNSEL*

Ms. Connelly announced that she will be the trial counsel for the government. The case agent to be seated at counsel table is Detective Kevin Nightengale, JCDTF.

Mr. Carney announced that he will be the trial counsel for Defendant Joseph.

*III.   OUTSTANDING MOTIONS*

There are no pending motions in this case.

### IV. TRIAL WITNESSES

Ms. Connelly announced that the government intends to call 10 witnesses without stipulations or 8 witnesses with stipulations during the trial.

Mr. Carney announced that Defendant Joseph intends to call 1 witness during the trial. Defendant may testify.

### V. TRIAL EXHIBITS

Ms. Connelly announced that the government will offer approximately 23 exhibits in evidence during the trial.

Mr. Carney announced that Defendant Joseph will offer approximately 4 exhibits in evidence during the trial.

### VI. DEFENSES

Mr. Carney announced that Defendant Joseph will rely on the defense of general denial.

### VII. POSSIBLE DISPOSITION

Mr. Carney stated this case may be for trial.

### VIII. STIPULATIONS

Stipulations are likely as to chain of custody.

### IX. TRIAL TIME

Counsel were in agreement that this case will take 5 days to try.

### X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed June 12, 2008, counsel for each party file and serve a list of exhibits he/she intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by September 17, 2008;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, September 24, 2008;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions[1] by or before noon, Wednesday, September 24, 2008. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

## XI. UNUSUAL QUESTIONS OF LAW

A motion in limine concerning Diana Stillwell and events not named in the indictment will probably be filed. There are no unusual questions of law.

## XII. TRIAL SETTING

All counsel and Defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on September 29, 2008.

                                            /s/ *Robert E. Larsen*
                                            ROBERT E. LARSEN
                                            U. S. Magistrate Judge

Kansas City, Missouri
September 17, 2008

cc:     The Honorable Howard F. Sachs
       Ms. Catherine Connelly
       Mr. Richard Carney
       Mr. Jeff Burkholder

---

[1] Counsel in all cases assigned to be tried before Chief Judge Fernando Gaitan, Jr., as reflected in the trial letter which is prepared by Judge James England, shall meet and prepare a packet of agreed proposed jury instructions to be submitted to Judge Gaitan and e-mailed to marylynn_shawver@mow.uscourts.gov and rhonda_enss@mow.uscourts.gov by Friday, September 26, 2008. To the extent there are disagreements to certain instructions, each attorney shall tab and submit his or her preference on those instructions. The instructions shall be listed in the order they are to be given.